UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ASHLEY MASSENGILL GRAYSON**                                                **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO.: 3:23CV005-MPM-RP**

**DERRICKA HARWELL et al**                                              **DEFENDANTS**

**ORDER**

This court presently has before it opposed motions by Counter-Defendants Ashley Grayson, Credit Cake and Digital Course Recipe, LLC to set aside the clerk's entry of default against them and to file their answers out of time. This court has a strong preference for deciding cases on their merits, rather than on the basis of defaults, and it accordingly concludes that counter-defendants' motions should be granted, for essentially the reasons stated in their motions seeking to do so.

It is therefore ordered that counter-defendants' various motions to set aside default and for permission to file an answer [50-1, 52-1, 55-1, 58-1] are granted. In light of this ruling, counter-plaintiffs' motion for a default judgment [57-1] is denied. The parties' motions for extension of time to respond to various motions [63-1, 72-1] are granted.

So ordered, this the 17th day of July, 2023.

                                                       /s/Michael P. Mills
                                                       UNITED STATES DISTRICT JUDGE
                                                       NORTHERN DISTRICT OF MISSISSIPPI