# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**ASHLEY MASSENGILL GRAYSON**                                                **PLAINTIFF**

**vs.**                                              **NO. 3:23-CV-005-MPM-RP**

**DERRICKA HARWELL, et al.**                                         **DEFENDANT**

## ORDER STAYING CIVIL PROCEEDING

In a Show Cause Order entered on August 9, 2023, the court ordered the parties to show cause as to why this case should not be stayed pending the resolution of a related criminal proceeding against Ashley Massengill Grayson in the U.S. District Court for the Western District of Tennessee. ECF #104. The time to respond to the Show Cause Order has passed, and no party has expressed opposition to such a stay.

Therefore, for the reasons set forth in the Show Cause Order [ECF #104], this civil action is STAYED pending the resolution of the related criminal proceeding against Ashley Massengill Grayson in the U.S. District Court for the Western District of Tennessee. The parties will be jointly responsible for submitting, via the court's electronic filing system, a status report regarding said criminal proceeding once every three (3) months with the first report being due on September 1, 2023.

Further, in light of the stay ordered herein, Ashley Massengill Grayson's Motion to Extend Discovery Deadline [ECF #92] is dismissed as MOOT. After the stay in this case is lifted, the court will conduct a status teleconference with counsel for the parties to discuss setting the remaining scheduling deadlines.

**SO ORDERED**, this the 17th day of August, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE