UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ASHLEY MASSENGILL GRAYSON**                                  **PLAINTIFF**

VS.                         CIVIL ACTION NO.: 3:23CV005-MPM-RP

**DERRICKA HARWELL et al**                                 **DEFENDANTS**

**PLAINTIFF'S STATUS REPORT**

COMES NOW Plaintiff, Ashley Massengill Grayson, by and through counsel, and files this, their status report and would state the following unto this Honorable Court:

1. This matter was stayed by this Honorable Court on August 9, 2023.

2. That the sentencing hearing for the pending criminal matter against Plaintiff, *U.S. V. Ashley Grayson, et al.; 2:23-20121-JPM; Western District of Tennessee*, was October 31, 2024. This case remains on appeal.

RESPECTFULLY SUBMITTED, this the 11th day of September, 2025.

                                                       **ASHELY MASSENGILL GRAYSON**

                                                       By: /s/William S. Kellum
                                                              William S. Kellum

OF COUNSEL:

William S. Kellum, MSB# 101898
KELLUM LAW FIRM
1438 N. State Street
Jackson, Mississippi 39202
Telephone: 601-969-2709
Email: bill@kellumlawfirmpc.com

**CERTIFICATE OF SERVICE**

I, William S. Kellum, certify that I filed this Plaintiff's Status Report using the Court's ECF'S filing system, which sent notification of such filing to all counsel of record.

This the 11th day of September, 2025.

/s/ William S. Kellum
William S. Kellum